SHIRLEY HONIG, Respondent, v. WILLIAM HONIG, Appellant.— Action for a separation in which the defendant asserts that a decree of divorce obtained by the plaintiff in another State was ineffectual to dissolve her prior marriage,

because of her failure to establish a *bona fide* domicile in that State. Judgment in favor of plaintiff reversed on the law, without costs, and judgment directed in favor of defendant, without costs. The findings of fact (Nos. 1 to 27 inclusive) are affirmed, except that in No. 12 " New York " is replaced by " Nevada ". Conclusions of law Nos. 1, 4, and 5 are adopted. This determination is made on the authority of *Lefferts* v. *Lefferts* (263 N. Y. 131). See, also, *Davis* v. *Davis* (279 N. Y. 657). The quasi estoppel invoked in *Krause* v. *Krause* (282 N. Y. 355) does not seem to operate against a party who has not procured the foreign decree. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur. [181 Misc. 251.]